# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MELODY L. WILLIAMS, :
:
    Plaintiff, :
: Case No. 3:16cv00384
vs. :
: District Judge Thomas M. Rose
OHIO DEPARTMENT OF : Magistrate Judge Sharon L. Ovington
REHABILITATION AND :
CORRECTIONS, *et al.*, :
:
    Defendants. :

---

# DECISION AND ENTRY

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #15), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations docketed on August 7, 2017 (Doc. #15) is ADOPTED in full;

2. Interested Party, The State of Ohio's Motion to Dismiss (Doc. #9) is DENIED without prejudice to renewal;

3. Plaintiff's Motion to Withdraw Suit Against Defendants in Their Individual Capacities (Doc. #12) is GRANTED as unopposed;

4. Plaintiff's Motion for an Order directing the U.S. Marshal to Effect Service (Doc. #12) is GRANTED; and

5. The Clerk of Court is directed to immediately forward to the U.S. Marshal the forms required to effect service, and the U.S. Marshal is directed to forthwith effect service.

August 22, 2017 *s/Thomas M. Rose

_____
Thomas M. Rose
United States District Judge