# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| MELODY L. WILLIAMS, | |
| Plaintiff, | |
| | Case No. 3:16cv00384 |
| vs. | |
| | District Judge Thomas M. Rose |
| OHIO DEPARTMENT OF REHABILITATIONS AND CORRECTIONS, et al., | Magistrate Judge Sharon L. Ovington |
| | **DECISION AND ENTRY** |
| Defendants. | |

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #28), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations docketed on August 2, 2018 (Doc. #28) is ADOPTED in full;

2. Plaintiff's Motion for Leave to Amend (Doc. #25) is GRANTED and the case proceed only on her Eighth Amendment claims regarding the alleged denial of medical and dental care; and

3. Defendants' Motion to Dismiss (Doc. #20) is DENIED as moot without prejudice to renewal and without prejudice to Defendants' option of filing a Motion for Summary Judgment accompanied by Plaintiff's medical records or other discovery materials.

August 22, 2018

\*s/Thomas M. Rose
_____
Thomas M. Rose
United States District Judge