# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MELODY L. WILLIAMS, | : | |
| | : | Case No. 3:16-cv-00384 |
| Plaintiff, | : | |
| | : | District Judge Thomas M. Rose |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| | : | |
| OHIO DEPARTMENT OF REHAB. | : | **DECISION AND ENTRY** |
| AND CORRECTIONS, *et al.*, | : | |
| | : | |
| Defendants. | : | |

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #14), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on August 26, 2019 (Doc. #40) is ADOPTED in full;

2. Defendants' Motion for Summary Judgment (Doc. #33) is GRANTED; and

3. The case is terminated on the Court's docket.

September 17, 2019    *s/Thomas M. Rose

　　　　　　　　　　　　　　　　　　　Thomas M. Rose
　　　　　　　　　　　　　　　　　　　United States District Judge