# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| Melody L. Williams | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   3:16-CV-384 |
| Ohio Dept of Rehab and Corrections, et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Judgment in favor of Defendants and against Plaintiff; Defendants' Motion for Summary Judgment,
document 33 is granted; case terminated on docket of this Court.

This action was *(check one)*:

❑ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   Thomas M. Rose _____ on a motion for
Summary Judgment

Date: _____9/19/19_____

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*